IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR170 |
| vs. | |
| GIOVANNI ESCALANTE CASTRO, | ORDER |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 91), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Adam J. Sipple, 12020 Shamrock Plaza, Suite 200, Omaha, NE 68154, (402) 778-5055, is appointed to represent Giovanni Escalante Castro for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide Adam J. Sipple any discovery materials provided to the defendant by the government and any such other materials obtained by Andrew J. Wilson which are material to Giovanni Escalante Castro's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Adam J. Sipple.

Dated this 13th day of February, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge